# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 6:24-CR-00016 |
| | ) |
| ENVIGO RMS, LLC; | ) |
| ENVIGO GLOBAL SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE

With this Notice, Inotiv is attaching a copy of one final United States Department of Agriculture inspection report, pursuant to its obligations under paragraph 15 of the Plea Agreement. This report is available on Inotiv's publicly accessible website at https://www.inotivco.com/about/inspection-reports.

Dated: October 1, 2025

Respectfully submitted,

*/s/ Casey Erin Lucier*
Casey Erin Lucier (VSB No. 80363)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (202) 857-2482
Facsimile:  (202) 828-3322
Email: clucier@mcguirewoods.com

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Casey Erin Lucier*
Casey Erin Lucier (VSB No. 80363)

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*



United States Department of Agriculture  KMCHENRY
Animal and Plant Health Inspection Service  **INS-0001444365**

## Inspection Report

Envigo RMS LLC

8520 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250

Customer ID: **506554**

Certificate: **32-A-0774**

Site: 001

ENVIGO RMS LLC

Type: FOCUSED INSPECTION
Date: 30-SEP-2025

No non-compliant items identified during this inspection.

This inspection and exit interview were conducted with facility representatives.

| | | |
|---|---|---|
| **Prepared By:** KERRY MCHENRY | | **Date:** |
| USDA, APHIS, Animal Care | | 30-SEP-2025 |
| **Title:** VETERINARY MEDICAL OFFICER | | |

| | | |
|---|---|---|
| **Received by Title:** Facility Representative | | **Date:** 30-SEP-2025 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 506554  
Inspection Date: 30-Sep-2025

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506554 | 32-A-0774 | 001 | ENVIGO RMS LLC | 30-SEP-2025 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000830 | *Sigmodon hispidus* | HISPID COTTON RAT |
| 000830 | **Total** | |