UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 6:24-CR-00016 |
| | ) |
| ENVIGO RMS, LLC; | ) |
| ENVIGO GLOBAL SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE

With this Notice, Inotiv is attaching a copy of one final United States Department of Agriculture inspection report, pursuant to its obligations under paragraph 15 of the Plea Agreement. This report, provided by the USDA to Inotiv on November 13, 2025, is available on Inotiv's publicly accessible website at https://www.inotivco.com/about/inspection-reports.

Dated: November 17, 2025

Respectfully submitted,

*/s/ Casey Erin Lucier*
Casey Erin Lucier (VSB No. 80363)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (202) 857-2482
Facsimile: (202) 828-3322
Email: clucier@mcguirewoods.com

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Casey Erin Lucier*
Casey Erin Lucier (VSB No. 80363)

*Counsel for Defendants Envigo RMS, LLC and Envigo Global Services, Inc.*



United States Department of Agriculture  
Animal and Plant Health Inspection Service

MARCHER  
INS-0001442132

# Inspection Report

Bronco Research Services LLC  
PO Box 1417  
Fort Collins, CO 80522

Customer ID: **507737**  
Certificate: **84-R-0091**  
Site: **001**  
    INOTIV

Type: ROUTINE INSPECTION  
Date: 28-MAY-2025

**2.32(a)**

**Personnel qualifications.**

On July 26, 2024, a technician inadvertently gave rabbit Rb 24033/IM002 it's premedication dose of DKB (dexmedetomidine, ketamine, and buprenorphine) orally (PO) instead of intramuscularly (IM). The IACUC approved protocol for the dose of DKB is intended to be given IM. The veterinarian noted that the rabbit did spit out a large amount of the oral DKB. The veterinarian observed the rabbit for any sedation effects and recalculated the premedication dose and gave a lower dose of DKB IM. Giving medication via the wrong route could cause injury or harm to the animal. It shall be the responsibility of the research facility to ensure that all scientists, research technicians, animal technicians, and other personnel involved in animal care, treatment, and use are qualified to perform their duties. This responsibility shall be fulfilled in part through the provision of training and instruction to those personnel. To be corrected by October 17th, 2025.


This inspection and exit interview were conducted with facility respresentatives.


Prepared By: MARY ANN ARCHER  
              USDA, APHIS, Animal Care  
Title: VETERINARY MEDICAL OFFICER

Date: 26-SEP-2025

Received by Title: Facility Representative

Date: 26-SEP-2025



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 507737  
Inspection Date: 28-May-2025

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 507737 | 84-R-0091 | 001 | INOTIV | 28-MAY-2025 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000164 | *Canis familiaris* | DOG ADULT |
| 000010 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 000003 | *Sus scrofa domestica* | DOMESTIC PIG / POTBELLY PIG / MICRO PIG |
| 000177 | **Total** | |